Henry G. Wykowski (State Bar No. 068255)
HENRY G. WYKOWSKI & ASSOCIATES
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone: (415) 788-4545
Facsimile: (415) 788-4546

*E-FILED - 9/11/09*

Attorneys for Plaintiff
HERBERT J. MARTIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| HERBERT J. MARTIN,<br><br>Plaintiff,<br><br>vs.<br><br>D-WAVE SYSTEMS INC. dba D-WAVE SYSTEMS INTERNATIONAL, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | No. C09 – 03602 RMW<br><br>STIPULATION TO CONTINUE HEARING DATE FOR PURPOSE OF CONDUCTING LIMITED DISCOVERY AND ORDER |

IT IS STIPULATED, by and between the parties, through their attorneys of record, that the hearings on Defendant's Motions regarding 1) Personal Jurisdiction; 2) Forum Non Conveniens; and 3) Attorney Disqualification, presently scheduled for September 18, 2009, shall all be continued to November 20, 2009, at 9:00 A.M., in order to enable the taking of limited discovery regarding the factual issues relating to personal jurisdiction and forum non conveniens. By entering into this Stipulation, Defendant does not waive its right to object to particular items of discovery as being outside that truly necessary for purposes of the pending motions, or for any other reason.

SO STIPULATED.

DATED: August __, 2009

HENRY G. WYKOWSKI & ASSOCIATES

By: _____
HENRY G. WYKOWSKI
Attorneys for Plaintiff
HERBERT I. MARTIN

DATED: August 19, 2009

MCKENNA LONG & ALDRIDGE LLP

By: _____
JAMES S. MCNEILL
Attorneys for Defendant
D-WAVE SYSTEMS, INC. dba D-WAVE SYSTEMS INTERNATIONAL, INC.

Date: 9/11/09

APPROVED
Ronald M. Whyte
Judge Ronald M. Whyte