| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | JAMES S. MCNEILL (SBN 201663)<br>MEGAN M. DUMA (SBN 253331)<br>MCKENNA LONG & ALDRIDGE LLP<br>750 B Street, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 595-5400<br>Facsimile: (619) 595-5450<br>E-mail: jmcneill@mckennalong.com<br>E-mail: mduma@mckennalong.com |
| 6<br>7 | Attorneys for Defendant<br>D-WAVE SYSTEMS INC. dba D-WAVE<br>SYSTEMS INTERNATIONAL, INC. |

*E-FILED - 2/2/10*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| HERBERT J. MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>D-WAVE SYSTEMS INC. dba D-WAVE<br>SYSTEMS INTERNATIONAL INC.; and<br>DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. C 09-03602 RMW (HRL)<br><br>**STIPULATION AND [XXXXXXXXXXX<br>ORDER] TO CONTINUE CASE<br>MANAGEMENT CONFERENCE**<br><br>Judge:            Hon. Ronald M. Whyte<br>Dept:             Courtroom 6, 4th Floor<br>Complaint Filed:  May 19, 2009<br>Trial Date:       None Set |

IT IS HEREBY AGREED AND STIPULATED between ALL PARTIES LISTED BELOW, by and through their respective counsel, as follows:

WHEREAS, the Court issued an Order denying Defendant D-Wave Systems Inc. d/b/a D-Wave Systems International Inc.'s ("D-Wave") motion to dismiss the case in its entirety for lack of personal jurisdiction over D-Wave and on the basis of Forum Non Conveniens ("Motions") on December 1, 2009. (Declaration of Megan M. Duma ("Duma Decl."));

WHEREAS, D-Wave's motions were of a dispositive nature, and the hearing on the Motions was held on November 20, 2009. (Duma Decl.);

WHEREAS, the Parties have met and conferred regarding ADR options in compliance with the Local Rules; (Duma Decl.)

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

STIPULATION (AND XXXXXXX ORDER) TO CONTINUE CASE MANAGEMENT CONFERENCE
C 09-03602 RMW (HRL)

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

1     WHEREAS, the parties agreed to wait until the outcome of the Motion to meet and confer regarding Rule 26 requirements, and to file a joint case management statement, so they did not waste resources on issues that may have become moot. (Duma Decl.);

    WHEREAS, it is now clear that the case will proceed before the Northern District of California (San Jose Division) before the Hon. Whyte, the Parties AGREE AND STIPULATE as follows:

    1.    The Case Management Conference set for Friday, December 4, 2009 should be taken off calendar and continued to xxxxxxxxxxxxx February 26, 2010.

    2.    The Rule 26(f) Joint Case Management Statement shall be filed in accordance with the Federal Rules, and Local Rules, on January 8, 2009; Submitted on 1/11/2010.

    IT IS SO STIPULATED.

Dated: December 3, 2009                    McKenna Long & Aldridge LLP

By: /s/ James S. McNeill
    James S. McNeill
    Megan M. Duma
    Attorneys for Defendant
    D-WAVE SYSTEMS INC. dba D-WAVE
    SYSTEMS INTERNATIONAL, INC.

Dated: December 3, 2009

HENRY G. WYKOWSKI & ASSOCIATES

By: /s/ Henry G. Wykowski
    Henry G. Wykowski
    Attorneys for Plaintiff
    HERBERT G. MARTIN

| | |
|---|---|
| 1 | xxxxxxxxxxxxx **ORDER** |
| 2 | Pursuant to the above stipulation and for good cause existing, IT IS HEREBY ORDERED |
| 3 | THAT: |
| 4 | 1. The current Case Management Conference date of December 4, 2009 will be |
| 5 | vacated, and a new Case Management Conference date of ~~xxxxxxxxxxxxxx~~ February 26, 2010 shall be entered; |
| 6 | 2. The date for filing the Joint Case Management Statement pursuant to FRCP 26(f) |
| 7 | shall be January 8, 2009.  Submitted on 1/11/2010. |

**IT IS SO ORDERED.**

Dated: 2/2/10 , xxxx  _/s/ Ronald M. Whyte_

Hon. Ronald M. Whyte

SD:22175859.1

---

- 2 -

STIPULATION (AND XXXXXXX ORDER) TO CONTINUE CASE MANAGEMENT CONFERENCE     C 09-03602 RMW

McKenna Long & Aldridge LLP
Attorneys At Law
San Diego