| | |
|---|---|
| JAMES S. MCNEILL (SBN 201663) <br> MEGAN M. DUMA (SBN 253331) <br> MCKENNA LONG & ALDRIDGE LLP <br> 750 B Street, Suite 3300 <br> San Diego, CA 92101 <br> Telephone: (619) 595-5400 <br> Facsimile: (619) 595-5450 <br> E-mail: jmcneill@mckennalong.com <br> E-mail: mduma@mckennalong.com <br><br> Attorneys for Defendant <br> D-WAVE SYSTEMS INC. dba D-WAVE SYSTEMS INTERNATIONAL, INC. | *E-FILED - 2/2/10* |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| HERBERT J. MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> D-WAVE SYSTEMS INC. dba D-WAVE SYSTEMS INTERNATIONAL INC.; and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO. C 09-03602 RMW (HRL) <br><br> **STIPULATION AND [XXXXXXXXXXX ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Ronald M. Whyte <br> Dept: Courtroom 6, 4th Floor <br> Complaint Filed: May 19, 2009 <br> Trial Date: None Set |

IT IS HEREBY AGREED AND STIPULATED between ALL PARTIES LISTED BELOW, by and through their respective counsel, as follows:

WHEREAS, the Court issued an Order denying Defendant D-Wave Systems Inc. d/b/a D-Wave Systems International Inc.'s ("D-Wave") motion to dismiss the case in its entirety for lack of personal jurisdiction over D-Wave and on the basis of Forum Non Conveniens ("Motions") on December 1, 2009. (Declaration of Megan M. Duma ("Duma Decl."));

WHEREAS, D-Wave's motions were of a dispositive nature, and the hearing on the Motions was held on November 20, 2009. (Duma Decl.);

WHEREAS, the Parties have met and conferred regarding ADR options in compliance with the Local Rules; (Duma Decl.)

1    WHEREAS, the parties agreed to wait until the outcome of the Motion to meet and confer
2    regarding Rule 26 requirements, and to file a joint case management statement, so they did not
3    waste resources on issues that may have become moot. (Duma Decl.);

4    WHEREAS, it is now clear that the case will proceed before the Northern District of
5    California (San Jose Division) before the Hon. Whyte, the Parties AGREE AND STIPULATE as
6    follows:

7    1.   The Case Management Conference set for Friday, December 4, 2009 should be
8    taken off calendar and continued to xxxxxxxxxxxxx February 26, 2010.

9    2.   The Rule 26(f) Joint Case Management Statement shall be filed in accordance with
10   the Federal Rules, and Local Rules, on January 8, 2009; Submitted on 1/11/2010.

11   IT IS SO STIPULATED.

12   Dated: December 3, 2009                McKenna Long & Aldridge LLP

14                                          By: /s/ James S. McNeill
15                                              James S. McNeill
                                                Megan M. Duma
                                                Attorneys for Defendant
16                                              D-WAVE SYSTEMS INC. dba D-WAVE
                                                SYSTEMS INTERNATIONAL, INC.

19   Dated:  December 3, 2009
                                            HENRY G. WYKOWSKI & ASSOCIATES

21                                          By:  /s/ Henry G. Wykowski
                                                Henry G. Wykowski
                                                Attorneys for Plaintiff
22                                              HERBERT G. MARTIN

- 1 -

STIPULATION (AND |XXXXXXX ORDER) TO CONTINUE CASE MANAGEMENT CONFERENCE        C 09-03602 RMW

- 2 -

1                          xxxxxxxxxxxxx **ORDER**

2        Pursuant to the above stipulation and for good cause existing, IT IS HEREBY ORDERED

3 THAT:

4        1.      The current Case Management Conference date of December 4, 2009 will be

5 vacated, and a new Case Management Conference date of xxxxxxxxxxxxxx [February 26, 2010] shall be entered;

6        2.      The date for filing the Joint Case Management Statement pursuant to FRCP 26(f)

7 shall be January 8, 2009.  Submitted on 1/11/2010.

8     **IT IS SO ORDERED.**

9 Dated: __2/2/10_____, xxxx     _/s/ Ronald M. Whyte_

                                                 Hon. Ronald M. Whyte

11 SD:22175859.1

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATION (AND XXXXXXX ORDER) TO CONTINUE CASE MANAGEMENT CONFERENCE     C 09-03602 RMW