# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| HERBERT J. MARTIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D-WAVE SYSTEMS INC. dba D-WAVE SYSTEMS INTERNATIONAL, INC.; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO.  C 09-03602 RMW (HRL)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:　　Hon. Ronald M. Whyte<br>Dept:　　 Courtroom 6, 4th Floor<br><br>Complaint Filed:　May 19, 2009<br>Trial Date:　　　 None Set |

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

1  The Court hereby grants the Joint Motion to Continue Case Management Conference from
2  Friday, August 6, 2010 at 10:30 a.m. to Friday, September 17, 2010 at 10:30 a.m.
3  **IT IS SO ORDERED**.
4
5  DATED: August 5, 2010
   _____
6  Hon. Ronald M. Whyte
   United States District Judge

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego