# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| HERBERT J. MARTIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D-WAVE SYSTEMS INC. dba D-WAVE SYSTEMS INTERNATIONAL, INC.; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO.  C 09-03602 RMW (HRL)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Judge:　　Hon. Ronald M. Whyte<br>Dept:　　Courtroom 6, 4th Floor<br><br>Complaint Filed:　May 19, 2009<br>Trial Date:　　　None Set |

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

ORDER GRANTING JOINT MOTION TO DISMISS

C 09-03602 RMW (HRL)

1  The Court hereby grants the Joint Motion to Dismiss.

2  IT IS ORDERED that the Complaint and Counter-Claims be dismissed in their entirety,

3  with prejudice, with each party to bear their own costs and fees.

4  **IT IS SO ORDERED**.

6  DATED: September 14, 2010

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 1 -

ORDER GRANTING JOINT MOTION TO DISMISS

C 09-03602 RMW (HRL)